Exhibit "A"

**Houser Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PMGI Holdings Inc., *et al.*,[1] | Case No. 13-12404 (CSS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF BRADLEY D. HOUSER IN SUPPORT OF THE APPLICATION OF THE DEBTORS TO EMPLOY AND RETAIN AKERMAN SENTERFITT LLP AS SPECIAL CORPORATE AND CONFLICTS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* AS OF THE PETITION DATE

Bradley D. Houser, under penalty of perjury, hereby declares as follows:

1.       I am a shareholder of the law firm of Akerman Senterfitt LLP ("**Akerman**") and a member of the firm's corporate practice group.  Akerman maintains offices in twenty (20) cities, including New York, Los Angeles, and Miami.  I am resident in the Miami office.  Akerman currently employs more than 550 lawyers.  Akerman has expertise in most fields of law, including, in particular, corporate law.  I am admitted to practice before the courts of the State of Florida.

2.       I submit this declaration (the "**Declaration**") in connection with the application (the "**Application**"),[2] of the above-captioned debtors and debtors-in-possession (collectively, the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Blue Hen Group Inc. (9667), Argus Payments Inc. (4661), Big Island Technology Group, Inc. (9795), Confirm ID, Inc. (7020), Danni Ashe, Inc. (5271), Fastcupid, Inc. (7869), Fierce Wombat Games Inc. (2019), FriendFinder California Inc. (2750), FriendFinder Networks Inc. (0988), FRIENDFINDER VENTURES INC. (3125), FRNK Technology Group (7102), General Media Art Holding, Inc. (2637), General Media Communications, Inc. (2237), General Media Entertainment, Inc. (2960), Global Alphabet, Inc. (7649), GMCI Internet Operations, Inc. (7655), GMI On-Line Ventures, Ltd. (7656), Interactive Network, Inc. (5941), Magnolia Blossom Inc. (8925), Medley.com Incorporated (3594), NAFT NEWS CORPORATION (4385), Penthouse Digital Media Productions Inc. (1056), Penthouse Images Acquisitions, Ltd. (9228), PerfectMatch Inc. (9020), Playtime Gaming Inc. (4371), PMGI Holdings Inc. (2663), PPM Technology Group, Inc. (9876), Pure Entertainment Telecommunications, Inc. (9626), Sharkfish, Inc. (1221), Snapshot Productions, LLC (7091), Streamray Inc. (2716), Streamray Studios Inc. (1009), Tan Door Media Inc. (1100),Traffic Cat, Inc. (1223), Transbloom, Inc. (1168), Various, Inc. (7762), Video Bliss, Inc. (6760), West Coast Facilities Inc. (4751), XVHUB Group Inc. (9401).   The Debtors' business address is 6800 Broken Sound Parkway NW, Suite 200, Boca Raton, FL 33487.

"**Debtors**") for entry of an order pursuant to sections 327(e) and 328(a) of title 11 of the United

States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of

the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Rule 2014-1

of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the

"**Local Rules**"), (a) authorizing and approving the retention and employment of Akerman, as

special corporate and conflicts counsel to the Debtors *nunc pro tunc* as of the Petition Date, and

(b) providing any additional relief required in order to effectuate the foregoing.

3.      The facts set forth below are based either upon my personal knowledge,

discussions with other partners, counsel and associates of Akerman, and client/matter records of

Akerman reviewed by myself or by associates of Akerman acting under my supervision and

direction.

### Debtors' Retention of Akerman

4.      The Debtors have filed the Application to retain Akerman, subject to this Court's

approval, as special corporate and conflicts counsel to the Debtors.  The professional services

that Akerman expects to render to the Debtors include, but are not limited to:

> a.  providing legal advice regarding corporate law issues to the Debtors in connection with the Debtors' ongoing business and bankruptcy cases, in coordination with Greenberg Traurig;
>
> b.  providing legal advice to the Debtors with respect to legal disputes in which conflicts of interest may prevent representation by the Debtors' lead bankruptcy counsel; and,
>
> c.  negotiating, drafting, and pursuing all litigation and documentation necessary in conjunction with such legal disputes.

5.      Akerman has the resources and experience necessary to represent the Debtors in

these Chapter 11 Cases as special corporate counsel and conflicts counsel, because of Akerman's

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

respected business litigation and bankruptcy practices, as well as their extensive experience representing the Debtors in matters of corporate law. Akerman also has a track record of providing the Debtors with effective and efficient legal services.

6.       Akerman understands that the Debtors have retained Greenberg Traurig as their restructuring counsel. Akerman intends to coordinate carefully its efforts with Greenberg Traurig so as to prevent needless duplication of effort whenever possible.

### Professional Compensation

7.       Akerman intends to apply for compensation for professional services rendered in connection with these Chapter 11 Cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Akerman. Akerman has advised the Debtors that the current hourly rates applicable to the principal attorneys and paralegals proposed to represent the Debtors are:

| Bradley Houser | $695 |
|---|---|
| Andrea Hartley | $545 |
| Dean Freitag | $540 |
| Michael Francis | $525 |
| Shane Segarra | $285 |
| Esther Forbes | $220 |

8.       Other attorneys and paralegals will render services to the Debtors as needed. As of the date of the Houser Declaration, Akerman's current hourly rates for this matter range from $220 to $695 per hour. I have informed the Debtors that the hourly rates set forth herein are subject to periodic adjustments in the ordinary course of business.

9.       The hourly rates set forth above are Akerman's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate Akerman for its work and to cover fixed and routine overhead expenses. It is Akerman's policy to charge its clients in all

areas of practice for expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, photocopying, witness fees, travel expenses, certain secretarial and other overtime expenses, filing and recording fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges and other computer services, and expenses for "working meals." Akerman will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to this Court's approval of such expenses pursuant to the Bankruptcy Code, such Bankruptcy Rules as may from time to time be applicable, such Local Rules as may from time to time be applicable, and such procedures as may be fixed by order of this Court. Akerman believes that failure to charge these expenses would require the firm to increase its current hourly rates.

10.    In addition, Akerman intends to seek compensation for all time and expenses associated with its retention in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any orders of this Court, including the preparation of the Application, this Declaration, the 2016 Statement, and related documents, as well as any monthly fee statements or interim or final fee applications.

11.    Other than as set forth herein, there is no proposed arrangement to compensate Akerman. Akerman has not shared, nor agreed to share, (a) any compensation it has received or may receive with any other party or person, other than with the partners, counsel, and associates of Akerman, or (b) any compensation another person or party has received or may receive.

### Prepetition Payments to Akerman

12.    During the ninety (90) day period prior to the Petition Date, Akerman received from the Debtors an aggregate of $514,178.10 for professional services performed and expenses

incurred.  In the one year prior to the Petition Date, Akerman received a total of $1,464,839.45 in reimbursement for legal services and expenses from the Debtors.  As of the Petition Date, Akerman holds no client fund which could constitute a postpetition retainer.

### Akerman's Disclosure Procedures

13.    To the best of my knowledge and information after due inquiry, and except as disclosed herein, Akerman has no interest adverse to the Debtors or to the estate with respect to the matters on which it is to be employed by this Application.  For so long as Akerman represents the Debtors, and absent further order of this Court, Akerman will not represent any entity other than the Debtors in connection with these cases.

14.    As more fully described hereinafter, Akerman maintains a computer client database (the "**Client Database**") containing the names of all of Akerman's current and former clients and, where practical, the known affiliates of those clients.  In connection with preparing this Declaration, I caused to be submitted to, and caused to be checked against, the Client Database those potentially interested parties in these cases listed in **Attachment "1"** hereto, which party names were provided to Akerman by the Debtors (collectively, the "**Potentially Interested Parties**").  Akerman compared the names of the Potentially Interested Parties against the Client Database.

15.    This inquiry revealed that certain of the Potentially Interested Parties are current or former Akerman clients (a list of such parties is attached hereto as **Attachment "2"**, incorporated herein by reference, and is referred to herein as the "**Client Match List**").  Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Akerman attorneys responsible for certain clients listed on the Client Match List to

the extent necessary, Akerman determined that its representation of those clients on the Client Match List concerns matters unrelated to the Debtors and these cases.

16.     Through a firm wide email, Akerman is soliciting information from its attorneys to determine whether any attorneys employed by Akerman are related to the Bankruptcy Judge presiding over these cases, the United States Trustee for Region 3, or any attorney known to Akerman to be employed in the Wilmington Office of the United States Trustee. Akerman is also soliciting information from its attorneys to determine if any attorneys employed by Akerman are equity security holders of any of the Debtors. Except as otherwise set forth herein, no such connections have been discovered to date. In the event that any additional information is received, Akerman will supplement this Declaration to the extent necessary.

17.     Akerman maintains and systematically updates its Client Database in the ordinary course of business, and it is the regular practice of Akerman to make and maintain these records. The Client Database maintained by Akerman is designed to include every matter on which Akerman is now or has been engaged, the entity by which Akerman is now or has been engaged and, in each instance, the identity of related parties and adverse parties and the name of attorney at Akerman that is knowledgeable about the matter. It is the policy of Akerman that no new matter may be accepted or opened without completing and submitting to those charged with maintaining the Client Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, the Client Database is regularly updated for every new matter undertaken by Akerman.

18.     With more than 550 lawyers nationwide, Akerman has connections with certain creditors and other parties-in-interest in these cases. Those connections include representation of

the entity, an affiliate, or related party, as well as representation of parties adverse to such parties, affiliates, or related parties. In addition to the connections disclosed herein and in **Attachment "2"**, it is possible that Akerman and certain of its partners, counsel, and associates may have in the past represented, may currently represent, and may in the future represent parties-in-interest of the Debtors in connection with matters unrelated to the Debtors or these cases. Moreover, Akerman appears in many cases, proceedings, and transactions involving different attorneys, financial consultants, and investment bankers, some of which may now or in the future represent the Debtors, Potentially Interested Parties or other parties-in-interest in these cases. From time to time, Akerman will supplement this Declaration to the extent necessary.

19.     To the best of my knowledge, information and belief, Akerman does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which Akerman is proposed to be retained. Accordingly, I believe that Akerman satisfies the requirements for employment as special counsel pursuant to section 327(e) of the Bankruptcy Code.

**Request for Approval of Retention of**
**Akerman, *Nunc Pro Tunc* as of the Petition Date**

20.     For the reasons stated in the Application, Akerman has requested, and the Debtors have agreed, that Akerman's retention be approved *nunc pro tunc* as of the Petition Date, in order to allow Akerman to be compensated for the work it has performed for the Debtors since beginning preparation of the Application, but prior to the Court's consideration and approval of the Application.

21.     By reason of the foregoing, I believe Akerman is eligible for employment and retention by the Debtors pursuant to sections 327(a) and 328(a) of the Bankruptcy Code and the applicable Bankruptcy Rules.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: September 17, 2013

Bradley D. Houser

## Attachment "1"

### Potentially Interested Parties

#### Debtors

Argus Payments Inc.
Big Island Technology Group, Inc.
Blue Hen Group Inc.
Confirm ID, Inc.
Danni Ashe, Inc.
Fastcupid, Inc.
Fierce Wombat Games Inc. (f/k/a Big Ego Games Inc.)
FriendFinder California Inc.
FriendFinder Networks Inc.
FriendFinder Ventures Inc.
FRNK Technology Group
General Media Art Holding, Inc.
General Media Communications, Inc.
General Media Entertainment, Inc.
Global Alphabet, Inc.
GMCI Internet Operations, Inc.
GMI On-Line Ventures, Ltd.
Interactive Network, Inc.
Magnolia Blossom Inc.
Medley.com Incorporated
NAFT News Corporation
Penthouse Clubs International Establishment
Penthouse Digital Media Productions Inc.
Penthouse Images Acquisitions, Ltd.
PerfectMatch Inc. (f/k/a Goldenrod Spear Inc.)
PLAYTIME GAMING INC.
PMGI Holdings Inc.
PPM Technology Group, Inc.
Pure Entertainment Telecommunications, Inc.
Sharkfish, Inc. Snapshot Productions, LLC
Streamray, Inc. (St. Kitts)
Streamray Inc.
Streamray Processing Ltd.
Streamray Studios Inc.
Tan Door Media Inc.
Traffic Cat, Inc.
Transbloom, Inc.
Various, Inc.
Video Bliss, Inc.

West Coast Facilities Inc
XVHUB Group Inc. (f/k/a

**Debtor Affiliates**

BIG HAT ENTERPRISES, INC.
Financial Services N.V.)
FriendFinder GmbH
FriendFinder Processing Ltd.
FriendFinder United Kingdom Ltd.
Frodo Enterprises Ltd.
Great Ganilly Enterprise Limited
JG Enterprises Limited Liability Company Podgorica Montenegro (Liquidated 7.15.13)
NAFT Media, S.L.
Network Domain Services N.V. (f/k/a Penthouse
New Light Brasil Administração Ltda.
Ventnor Enterprise Limited
Wight Enterprise Limited

**Directors and Officers**

Marc Bell
Robert B. Bell
Toby Lazarus
Donald Johnson
James LaChance
Anthony Previte
Steven  Rattner
Jason Smith
Daniel Staton
Kai Shing Tao


Paul Asher
Rob Brackett
David Gellen
Russell Heiser
Carmela Monti
Anthony L. Previte
Ezra Shashoua
James Sullivan
Myra B. Tallerico

**Debtholders**

Absolute Income Fund Ltd.
ALJ Capital I, L.P.
ALJ Capital II, L.P.
Andrew B. Conru Trust Agreement
AQR Diversified Arbitrage Fund
AQR Opportunistic Premium Offshore Fund L.P.
Cederview Opportunities master
Chatham Capital Management IV, LLC
Chatham Credit Mgmt III, LLC
Chatham Fund III SPV, LLC
Citigroup Pension Plan
Computershare
Dalton Distressed Credit Master Fund Ltd.
Del Mar Asset Management, LP
Florescue Family Corporation
Fortezza Investments L.P.
Hare & Co.
Hayman Capital Master Fund L.P.
Investin pro F.M.B.A.
LJR Capital L.P.
Mapstead Trust
Permal Capital Structure Opportunities Ltd.
Pershing
Serf Investment Holdings Stephen Colman IRA
SG Aurora Master Fund L.P.
Stonehill Master Fund Ltd.
The Autumn Ridge Foundation
U.S. Bank National Association (Trustee of Notes)
Visium Balanced Master Fund Ltd.
Visium Credit Master Fund Ltd.
Wave Division Networks LLC
Wilmington Trust
Zell Credit Opportunities Master Fund
Zell Credit Opportunities Side Fund

**Known Equityholders**

Marc Bell
Daniel Staton
Andrew Conru
Anthony Previte
Lars Mapstead
Ezra Shashoua
Robert Brackett

Russell Heiser
David Gellen
Michael Lambrix
Absolute Investment Fund
Del Mar
Global Investment Ventures
Barry Florescue
Russell Frye
Visium Asset Management

**Depository Institutions**

Bank of America
Wells Fargo Bank
Suntrust Bank
Caixa
HSBC Bank
Commerzbank
AtlasMont

**Professionals**

Akin Gump Strauss Hauer & Feld
Alan L. Goodman, P.A.
Allen Dyer Doppelt
Audita Revisions-AG; Carl Shadler
Baker & McKenzie
Ballas, Pelecanos & Associates
Berliner Cohen
Bilzin Sumberg
BMC Group
Bose McKinney & Evans
Brownstein Hyatt Farber Schreck
Clyde DeWitt
Curtis Mallet-Prevost, Colt & Mosle
Davis & Gilbert
Davis Wright Tremaine
DeVore & DeMarco LLPAbelson Herron Halpern
EisnerAmper LLP
Empire Valuation
Fisher & Phillips LLP Attorneys At Law
Frank Rimmerman Co. LLP
GLC Advisors & Co.
Greenberg Traurig, LLP
Holland & Knight LLP
Igor Martinovic

Jose de la Guardia Cassinello
Kaufman Rossin Co.
KCSA
Milbank Tweed
Moses & Singer
Perkins Coie LLP
Richman Greer
Seyfarth Shaw LLP
Shien Li Law Office
Shipman & Goodwin LLP
Shumaker, Loop & Kendrick, LLP
Sitrick & Company
Squire Sanders
Venable

**Litigation Parties**

Greenfield Childrens Partnership
Unified Messaging Solutions, LLC
ExitExchange
Skky Inc.
Jordan Zimmerman
Alvin Malnick
Valentina
E-Tagz
Quy Dong
Twistbox Entertainment, Inc.et al.

**Creditors/Parties-in-Interest**

1318706 Ontario Ltd
1400 Northside Dr. Inc.
1726 Producciones
3001 Castor, Inc.
403 Labs LLC
A2Z-Services
AA Brands SPRL (division of Sodirep Textiles SA
ABCDE Land Development LLC
Absolute Income Fund Ltd.
Absolute Investment Fund
Addictive Entertainment LLC
Administration Federale Des Contributions AFC
ADP Inc.
ADP Payroll Taxes
ADT Security Services Inc.
Aetna

AFCO
Aflac
Aflac New York
AHREFS
Alipay
Allopass
Amazon Services LLC
American Express
American Restaurant Inc.
American Stock Transfer & Trust Company LLC
Anthony Bobulinski
Antor Media Corporation
AQR Diversified Arbitrage Fund
AQR Opportunistic Premium Offshore Fund L.P.
Art Attack Inc.
Art Attack Productions d/b/a Revideo Inc.
AT&T
Atlasbank
Axcess Merchant Service Limited
BalaBit IT Security
Ballas, Pelecanos & Associates
Bank of America
Baton Rouge Sports Restaurant, LLC
Behr Entertainment Ltd
Belastingdienst Limburg/kantoor bui
Best Telco Inc.
BGW Enterprises, Inc.
BlackRock Institutional Trust Company, N.A.
Blizoo Media and Broadband EAD
Blomor S.R.L.
Blue Light Media, LLC
Bonanza Productions, Inc.
Boost Media, Inc.
Borgun
Bradford Licensing, LLC
BrandVerity Inc.
Broadband TV News – Wire
Broadstream Capital Partners, Inc.
BT California, LLC
CAIW Media BV
Cake Marketing
California Franchise Tax
California Secretary of State
CALPERS(California-Public Employees Retirement System)
Camp X-Ray Film LLC
Canal Satelite Caraibes

Canal+ Distribution
CCBill
Chard Snyder & Assoc-FSA & Cobra
Christian Cipriani Restrepo
Citrix Systems Inc.
City of Beverly Hills
City of Boca Raton
City of Los Angeles
City of Sunnyvale
Clark County Department of Business License
Click and Buy
Clickbooth.com, LLC
Clifford Paper Inc.
Coastline Licensing International, Inc.
Coditel Brabant sprl and Coditel sarl
Cogent Communications Inc.
Colorado Satellite Broadcasting, Inc.
Comcast
Commission Junctions, Inc.
Content-Connection, LLC
Contrast A/S
Contrast ApS
Corbis Corporation
Cox Communication
Creative Licensing Brasil
Credorax
CRT Capital Group LLC
CSWS, LLC
Curtis Circulation
Curtis Circulation Company, LLC
Customer Acquisition Group, Inc.
Cyber Press
CyberSource
DataSafe
Davis & Gilbert
Decade Mobile, LLC
Delores Properties Limited
Department of the Treasury
Deutsche Telekom AG
Deutsche Telekom AG Products and Innovation
Digital Platform Iletisim Hizmetleri AS
Dijital Video Portal icerik Hizmetleri Ticaret Anonim Sirketi
Dogan TV Digital Platform Isletmeciligi A.S.
Domain Name Registra Kirkland
DVD Factory Inc.
EdgeCast Networks Inc.

Editorial PH, SA de CV
EisnerAmper LLP
Elion Ettevotted Aktsiaselts
Ellie Shoes Inc.
Emagos Pte Ltd.
Empire International Merchandising Corp.
Epassporte
Epoch
Equinix Inc.
Eurotainment LLC
Eutelsat visAvision GmbH
Exoclick S.L.
Exquisite Multimedia, Inc.
Facebook, Inc.
Fairfax County Employee's System
Fedex
Feld Direct
Feld Direct Graphite Films
Fidelity Nasdaq Composite Index Fund
Fieldworks Inc.
Fifth Dimension Properties, Inc.
Film Corporation 2000 SA
Fipo Group Aps.
Fipo Group Aps.
First American Brands Inc.
First Data Merchant Services Corporation
First Insurance Funding Corp.
Five Media Marketing Ltd
Florida Department of Revenue
Fonolibro, Inc.
Fonolibro, Inc.
FOXTEL Management Pty Limited
Foxtel Partnership
France Telecom
Franchise Tax Board
FRG Waste Resources Inc.
Frontier Credit, Inc.
Gemisys
General Media Communications, Inc.
Geode Capital Management, LLC
Getty Images Inc.
Glendale Restaurants Concepts LP
Global Adult Billing (GAB)
Global Collect
Global Investment Ventures LLC
Godaddy.com

Gogoair.com
Google
Google, Inc.
Gracall Solutions Sdn Bhd
Grahame Allan Company Pty. Ltd
Grand Slam Media, Inc.
Grant Thornton LLP
Green Star SRL
Green Star SRL
Greenfield Children's Partnership
Greenfield Investment Services LLC
HBO Ole Acquisitions, LLC
HDV Pittsburgh LLC
Highland Group, LLC
Hollywood Vaults Inc.
Horwitz Publications Pty Limited
HOT Telecommunication Systems Ltd
Hudson News Co.
Humboldt
Humboldt/Moneris
Image Entertainment, Inc.
Imperial Capital LLC
iN Demand L.L.C.
Interactive Brand Development
Intercall
Internal Revenue Service
Internal Revenue Service/United States Treasury
International Print Group
International Processing Solution
Interweb Printing Inc.
Iron Mountain
Ishares Russell Micro Cap (TM) Index Fund
Island Cnnections
Island Connections
ITI Bank,
iTunes
Jajah Inc.
James LaChance
JGC Acquisition, LLC
John Fithian
John Hancock Var Ins Tr-Small Cap Index Tr
John Hancock Var Ins Tr-Strategic Equity Allocation Tr
John William Belk & Associates
Kabel Baden-Wurttemberg GmbH & Co. KG
Kabel Deutschland Vertrieb und Service GmbH & Co. KG
Kaya Morgan

Kaya Morgan
Koninklijke KPN, B.V.
LA Department of Water and Power
La Societe Francaise de Radio Telephone (SFR)
Ladenburg Thalmann & Co. Inc.
Laly Production LLC
Lib Congress/Copyrig
Litmus
Litmus.com
Locatel Europe SAS
Los Angeles County Tax Collector
M7 Group SA
Malu Holland B.V.
Marin Mapstead
Marin Software
Marsh USA Inc.
Martinique TV Cable
MaterGeea Limited
MaterGeea Limited
Matrima Inc.
Maxmind Inc.
Media Reps, LLC/EMC Ideas Inc.
Media Services Group Ltd.
Mediamark Research Inc
Merchant Service Ltd
Metrotel Wireless Services
MGM Supertoy International
Michael Lambrix
Minerva
Minnesota Department of Revenue
mipcom
Monaco Telecom
Mosaic Distribution Ltd
Mountains Publishing GmbH & Co KG
Napa Sonoma Trading Company
Natural Intelligence Ltd.
NBCHECK.COM
Netbilling
Network Solutions
Network Telephone Services, Inc.
NeuStar Inc.
Nevada Department of Taxation
New York State Department of Tax & Finance
Nook Media LLC
Ntree Media Group
Numericable

NYC Department of Finance
Office of the Treasure & Tax Collector
Ohio Cat Tax
OPUS 1 Production Music Library, LLC
OPUS Entertainment, LLC
OTE S.A.
Pacific West Security Inc.
Palm Coast Data LLC - Fullfillment
Palm Coast Data Postage
Palm Coast Data, L.L.C.
Panasonic Consumer Marketing Company of North America
Panasonic Corporation of North America
Paradise Film Entertainment GmbH
Patent Harbor LLC
Paxum
Payoneer
Paypal
Pen Publishing
PES Payroll
PG&E
Pilgrim Telephone, Inc.
Pitney Bowes Global Financial Services LLC
Pitney Bowes International Services
Pitney Bowes Purchase Power
Playboy TV-Latin America, LLC
Playtime Gaming Inc./Jing Shen
Playvision Media Group AG
Plaza Media TV & Film Production
Plazamedia TV & Film Production
Plus N Pay
PMGI Holdings Inc.
Poeticgem Ltd.
POS: Handels GmbH
Postbank
PR Newswire Association LLC
PR Telecom
Premier Payments Online
Premium Financing Specialists Corp.
Prestige Imports LLC
Pricipal Financial Group
PrimeTel PLC
Principal Financial Group
Principal Life
Principal Life Insurance Company
Procall Solutions
ProCirc, LLC

Pt's Gold Club, IRC LP
Public Employees Retirement System of Ohio
Pulse Distribution, LLC
Rainless Parade, LLC
Reed Smith LLP
Renaissance Technologies, LLC
Reportlinker.com
Ripe NCC
Robert Guccione/Estate of Robert Guccione
S.J.B. Lange Beheer BV (Downunder)
Santa Clara County County Clerk
Sarl Sport Bar
Satellite BG
Savvis
Secure Trading Ltd.
Securian
Securian Retirement Services
Securities and Exchange Commission
Serf Investment Holdings
Services des Impots des Enterprises
SES Astra
SES Astra S.A.
SFR
Silver Lining Film Group, LLC
SJ.B. Lange Beheer BV (Downunder)
Skatte OG Avgiftregnskap
Sky Italia S.r.l.
Skylink
Sorbo Fashion B.V.
Spark Investment Management LLC
Spark LP/DE
Spartan Extended Market Index Fund
Spartan Total Market Index Fund
SPF Transfer
Sprint
SpyFu.com
St. Kitts
St. Martin's Press, LLC
St.Kitts National Bank
State Board of Equalization
Staton Family Investments
StrikeIron
Sublime IP Europe Pty Ltd.
Sunnyvale Department of Public Safety
Sunset International
Susquehanna International Group, LLP

T Mobile
Tampa Food & Beverage, LLC
Tango Time Inc.
Tango Time Inc.
Tax Collector Santa Clara County
Tax Collector, Palm Beach County
Teleco
Telefonica
Telefonica Servicios Audiovisuales, S.A.U.
Telekom Deutschland GmbH
Telenet N.V.
teNeues Vertag GMbH & Co. KG
Terry Perito
TFS Capital Investment TR-TFS Market Neutral Fund
The Executive Club LLC
The Hauser Group
The Lookalike LLC
ThreatMetrix
Tirechem Manufacturer Inc.
Tirechem Manufacturing Inc.
Topco Sales
Tovia, LLC
TradeTec a.s.
Transcontinental
Transcontinental Printing Graphic
Trilibis Inc.
U.S. Healthworks Medical Group, PC
Ukash
United Parcel Service
United States Treasury
Universal Music Spain, S.L.
UPS
UPS Supply Chain Solutions Inc.
US Customs Trusted tra
US Monitor Service
USPS – Postage on Call
USPS Disbursing Officer
USPS/BMEU
Valitor
Vanguard Extended Market Index Fund
Vanguard Group, Inc. (The)
Vanguard Growth And Income Fund
VCG Holding Corp.
Verizon
Verizon Wireless
Verotel

Viasat AB
Viasat Broadcasting UK Limited
Village Lighthouse, Inc.
Vision Service Plan
Vseswit Asset Management Company Ltd.
WA State Department of Revenue
Warner Books, Inc.
Washington State Department of Revenue
Waste Management of Sun Valley
Webbilling
Wirecard
Woodforest
World Satellite Guadeloupe and Martinique TV Cable
Wowza Media Systems
WSM Investment, LLC
XIP Services, Inc.
Yahoo Search Marketing
Yahoo!, Inc.
YPSO France SAS
Zayo Group LLC f/k/a Abovenet
ZEI Information Systems
Zinio Systems, Inc.

## Attachment "2"

### Akerman Senterfitt LLP's Disclosure of Connections with
### Potentially Interested Parties

The following names were compared to Akerman's Client Database. As noted below, Akerman has represented or currently represents certain of the Potentially Interested Parties, including various persons or entities that may be related to or affiliated with the Potentially Interested Parties, in matters unrelated to the Debtors and their Chapter 11 Cases.

| Potentially Interested Party | Client Connections |
|---|---|
| ADP Inc. | Akerman Senterfitt represented in the past, and may represent in the future TotalSource, a possible affiliate of APD Inc., in matters unrelated to the Debtors and these Chapter 11 Cases. |
| ADT Security Services, Inc. | Akerman Senterfitt represented in the past and may represent in the future ADT Security Services, Inc., in matters unrelated to the Debtors and these Chapter 11 Cases. Akerman Senterfitt has also represented in the past and may represent in the future ADT Security Systems, Inc., a possible affiliate of ADT Security Services, Inc., in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Aetna | Akerman Senterfitt represented in the past, currently represents and may represent in the future Aetna Health, Inc., a possible affiliate of Aetna, in matters unrelated to the Debtors and these Chapter 11 Cases. Akerman Senterfitt also represented in the past and may represent in the future Aetna Life Insurance Company, a possible affiliate of Aetna, in matters unrelated to the Debtors and these Chapter 11 cases. |

---

[3] It should be noted that the relationship or affiliation reflected herein has not been conclusively determined by Akerman Senterfitt.

| | |
|---|---|
| American Express | Akerman Senterfitt represented in the past and may represent in the future American Express and its affiliates, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T | Akerman Senterfitt represented in the past, currently represents and may represent in the future AT&T and its affiliates, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America | Akerman Senterfitt represented in the past, currently represents and may represent in the future Bank of America and its affiliates, including, without limitation, Merrill Lynch, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Better Business Bureaus, Inc. | Akerman Senterfitt represented in the past, currently represents and may represent in the future Better Business Bureaus and its affiliates, including Council of Better Business Bureaus, Inc., in matters unrelated to the Debtors and these Chapter 11 Cases. |
| CAIXA | Akerman Senterfitt represented in the past and may represent in the future CAIXA Galicia, a possible affiliate of CAIXA, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citco | Akerman Senterfitt represented in the past and may represent in the future Citco in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citigroup | Akerman Senterfitt represented in the past and may represent in the future Citigroup Global Markets Inc. and Citigroup Trust, possible affiliates of Citigroup, as well as other possible Citigroup affiliates, in matters unrelated to these Chapter 11 Cases. |
| City of Los Angeles | Akerman Senterfitt represented in the past and may represent in the future the City of Los Angeles, in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| Clickbooth.com, LLC | Akerman Senterfitt represented in the past, currently represents and may represent in the future Clickbooth.com, LLC, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Comcast | Akerman Senterfitt represented in the past and may represent in the future Comcast Cable Communications, Inc., a possible affiliate of Comcast, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Commerczbank | Akerman Senterfitt represented in the past, currently represents and may represent in the future Commerzbank OAG, a possible affiliate of Commerzbank, in matters unrelated to these Chapter 11 Cases. |
| Cox Communications | Akerman Senterfitt represented in the past and may represent in the future Cox Communications, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| CSC | Akerman Senterfitt represented in the past and may represent in the future CSC Management, a possible affiliate of CSC, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Daniel C. Staton | Akerman Senterfitt represented in the past, currently represents and may represent in the future Daniel C. Staton, in matters unrelated to the Debtors and these Chapter 11 Cases.  Akerman Senterfitt has also represented, currently represents and may represent in the future Bell & Staton Hospitality, Inc., Bell & Staton, Inc., Staton Bell Blank Check, LLC and Staton Family Investments, Ltd., possible affiliates of Daniel Staton, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| David Gellen | Akerman Senterfitt represented in the past, currently represents and may represent in the future companies possibly affiliated with David Gellen, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| David Schwartz | Akerman Senterfitt represented in the past, and may represent in the future companies possibly affiliated with David Schwartz, in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| DelMar Asset Management, L.P. | Akerman Senterfitt represented in the past and may represent in the future DelMar Asset Management, L.P., in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Epoch | Akerman Senterfitt represented in the past and may represent in the future The Epoch Corporation, a possible affiliate of Epoch, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| FedEx | Akerman Senterfitt represented in the past, currently represents and may represent in the future FedEx and possible affiliates of FedEx, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| First Data Merchant Services Corporation | Akerman Senterfitt represented in the past and may represent in the future First Data Merchant Services Corporation and possible affiliates thereof, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| HSBC | Akerman Senterfitt represented in the past, currently represents and may represent in the future HSBC and its affiliates in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Imperial Capital LLC | Akerman Senterfitt has represented and may represent in the future Imperial Capital Bank, a possible affiliate of Imperial Capital LLC, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Iron Mountain | Akerman Senterfitt represented in the past and may represent in the future Iron Mountain, Inc. and Iron Mountain Information Management, Inc., possible affiliates of Iron Mountain, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| James D. Sullivan | Akerman Senterfitt represented in the past and may represent in the future James D. Sullivan, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| John Hancock Var Ins Tr-Small Cap Index Tr | Akerman Senterfitt represented in the past and may represent in the future John Hancock Realty Income Fund, a possible affiliate of John Hancock Var Ins Tr-Small Cap Index Tr., in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| Ladenburg Thalmann & Co. Inc. | Akerman Senterfitt represented in the past, currently represents and may represent in the future Ladenburg Thalmann & Co. Inc., in matters unrelated to the Debtors and these Chapter 11 Cases. Akerman Senterfitt has also represented and may represent now and in the future Ladenburg Thalmann Financial Services, Inc., a possible affiliate of Ladenburg Thalmann & Co. Inc., in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Marc Bell | Akerman Senterfitt represented in the past, currently represents and may represent in the future Marc Bell, in matters unrelated to the Debtors and these Chapter 11 Cases. Akerman Senterfitt has also represented, currently represents and may represent in the future Marc Bell Capital Partners LLC, Bell & Staton Hospitality, Inc., Bell & Staton, Inc. and Staton Bell Blank Check, LLC, possible affiliates of Marc Bell, in matters unrelated to the Debtors or these Chapter 11 Cases. |
| Minerva | Akerman Senterfitt represented in the past and may represent in the future Minerva PLC, a possible affiliate of Minerva, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pacer | Akerman Senterfitt represented in the past and may represent in the future Pacer, Inc., a possible affiliate of Pacer, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Panasonic Corporation of America | Akerman Senterfitt represented in the past, currently represents and may represent in the future Panasonic and its affiliates, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pershing | Akerman Senterfitt represented in the past, currently represents and may represent in the future Pershing LLC and Pershing Advisor Solutions, LLC, possible affiliates of Pershing, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Principal Life Insurance Company | Akerman Senterfitt represented in the past, and may represent in the future Principal Life Insurance Company, in matters unrelated to the Debtors and these Chapter 11 Cases. |

| | |
|---|---|
| Sprint | Akerman Senterfitt represented in the past and may represent in the future Sprint Corporation and Sprint Florida, Inc., possible affiliates Sprint, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Staton Family Investments | Akerman Senterfitt represented in the past, currently represents and may represent in the future Staton Family Investments, Ltd., in matters unrelated to the Debtors and these Chapter 11 Cases. |
| SunTrust | Akerman Senterfitt represented in the past, currently represents and may represent in the future SunTrust and its affiliates, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Susquehanna International Group, LLP | Akerman Senterfitt represented in the past, and may represent in the future Susquehanna Patriot Commercial Leasing Company and Susquehanna Bank, possible affiliates of Susquehanna International Group, LLP, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| T Mobile | Akerman Senterfitt represented in the past, and may represent in the future T Mobile Northeast LLC and T Mobile USA, Inc., possible affiliates of T Mobile, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Telefonica | Akerman Senterfitt represented and may represent now and in the future Telefonica Moviles, S.A., possible affiliates of Telefonica, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Transcontinental | Akerman Senterfitt represented in the past, currently represents and may represent in the future Transcontinental and its affiliates, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Bank National Association | Akerman Senterfitt represented in the past, currently represents and may represent in the future U.S. Bank National Association, in matters unrelated to the Debtors and these Chapter 11 Cases. |

| United Parcel Service | Akerman Senterfitt represented in the past, currently represents and may represent in the future United Parcel Service of America, Inc., in matters unrelated to the Debtors and these Chapter 11 Cases. |
| --- | --- |
| Verizon | Akerman Senterfitt represented in the past, currently represents and may represent in the future Verizon Business Network Service, Verizon Communications, Inc. and Verizon Florida, Inc., possible affiliates of Verizon, in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo | Akerman Senterfitt represented in the past, currently represents and may represent in the future Wells Fargo and its affiliates, in matters unrelated to the Debtors and these Chapter 11 Cases. |