**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re  FriendFinder Networks Inc. | | Case No.  13-12405 |
| | Debtor | Chapter 11 |

## FORM 7 - STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C.§112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor may also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*   The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(2), (31).

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                    Case No.   13-12405

**1.   Income from employment or operation of business**

None
[X]

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    FISCAL YEAR                    SOURCE

**2.   Income other than from employment or operation of business**

None
[X]

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    FISCAL YEAR                    SOURCE

**3.   Payment to creditors**

   **Complete a. or b., as appropriate and c.**

None
[X]

a. Individual or Joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|                                          | DATES         |             | AMOUNT      |
| NAME AND ADDRESS OF CREDITOR             | OF PAYMENTS   | AMOUNT PAID | STILL OWING |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                          Case No.   13-12405

---

**3.    Payment to creditors (continued)**

None     b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor
☐          made within 90 days immediately preceding the commencement of the case if the aggregate value of all
           property that constitutes or is affected by such transfers is not less than $6,225*. If the debtor is an
           individual, indicate with an asterisk(*) any payments what were made to a creditor on account of a domestic
           support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
           budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
           include payments and other transfers by either or both spouses whether or not a joint petition is filed,
           unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Rider | | | |

      *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases
      commenced on or after the date of adjustment.

---

**3.    Payment to creditors (continued)**

None     c. All Debtors: List all payments made within one year immediately preceding the commencement of this case
☐          to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or
           chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
           the spouses are separated and
           a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Rider | | | |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                                    Case No.  13-12405

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within one year
☐        immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or
          chapter 13 must include information concerning either or both spouses whether or not a joint petition is
          filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Greenfield Childrens Partnership v. FriendFinder Networks Inc., Ladenburg Thalman & Co., Inc., Imperial Capital, LLC, Marc H. Bell, Daniel Station, Ezra Shashoua; Case No. 1:11-CV-24098 | Class action alleging violations of  Sections 11, 12(a)(2) & 15  of the Securities Act | US District Court Southern District of Florida | Suggestion of bankruptcy filed on 9/17/2013. Motion to Dismiss pending |
| Unified Messaging Solutions, LLC v. FriendFinder Networks Inc. and Various, Inc.; Master Docket No. 1:12-CV-6286 | Patent litigation regarding the of messaging centers on websites owned and operated by FriendFinder Networks Inc. and Various, Inc. including but not limited to www.adutlfriendfinder.com | United States Judicial Panel of Multidistrict Litigation No. 2371 | Suggestion of bankruptcy filed on 9/18/2013 |
| ExitExchange v. FriendFinder Networks Inc.; Case No. 2:13-cv-00396 | Patent litigation regarding Patent No. 7,353,229 B2 entitled Post-Session Internet Advertising Systems commonly referred to as the technology associated with "pop-under" advertising | U.S. District Court for the Eastern District of Texas | Suggestion of bankruptcy filed on 9/18/2013 |
| Jordan Zimmerman, Alvin Malnick v. Marc Bell, Daniel Staton and FriendFinder Networks Inc.; Case No. 2013-CA11894 | State securities claims sounding in fraud and false representation regarding the investment and potential return for an investment company Strategic Media, LLC | 17th Judicial Circuit, Palm Beach County, Florida | Suggestion of bankruptcy filed on 9/18/2013 |
| Quy Dong v. FriendFinder Networks Inc. & Various, Inc.; Case No. 113CV246959 | Potential exposure to violation of the California Family Law Act for termination of Quy Dong on July 18, 2012 | Superior Court of the State of California for the County of Santa Clara | Suggestion of bankruptcy filed on 9/17/2013. Order of Stay issued on 9/18/2013 |
| Quintin Redmond & Roslyn Blackwell v. FriendFinder Networks, | Employment Case - allegations of race and sexual orientation | Superior Court of the State of California for the County of Santa Clara | Settled/Dismissed |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                                    Case No.   13-12405

4.    **Suits and administrative proceedings, executions, garnishments and attachments**

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Inc., Various, Inc, Sean Christian,  Suzanne Bryce, Anthony Previte; Case No. 110CV175191 | discrimination and retaliation. Case Settled in December 2012. Plaintiffs executed settlement agreement on December 28 and 29, 2012. Company's Insurance carrier paid $775K to settle the matter on or about 1/15/13 | | |
| Colorado Satellite Broadcasting Inc. v. FriendFinder Networks Inc. Penthouse Digital Media Productions, Inc. and Penthouse Entertainment, et al.; Case No. 2:11CV10068 | Complaint for declaratory relief and breach of license agreement. | US District Court Central District of California | Dismissed with tolling agreement through the termination/expiration of the license agreement |
| Milani v. FFN, et al.; Case No. BC 483330 | Violation of Civil Code Section 3344; False light; Defamation; Prelim and Perm Injunctions; Misappropriation of Name and Likeness; Intentional Infliction of Emotional Distress; Negligence. | Superior Court of the State of California in and for the County of Los Angeles | Settled/Dismissed |
| Robert C. Guccione, Penthouse Publications Limited, and General Media International, Inc. v. Marc H. Bell, Daniel C. Staton, PMGI, et al; Index No. 604465-05 | Breach of contract, fraud, failure to pay severance, declaratory relief, inducement to breach of contract and tortious interference with contract | NY Sup. Ct., NY Co | Settled/Dismissed |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                                    Case No.   13-12405

**4.    Suits and administrative proceedings, executions, garnishments and attachments (Continued)**

None      b. Describe all property that has been attached, garnished or seized under any legal or equitable process
[X]          within one year immediately preceding the commencement of this case.  (Married debtors filing under
             chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or
             not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.    Repossessions, foreclosures and returns**

None      List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
[X]       deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the
          commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
          information concerning property of either or both spouses whether or not a joint petition is filed, unless the
          spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.    Assignments and receiverships**

None      a. Describe any assignment of property for the benefit of creditors made within 120 days immediately
[X]          preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must
             include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses
             are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**6.    Assignments and receiverships (Continued)**

None      b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
[X]          year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
             chapter 13 must include information concerning property of either or both spouses whether or not a joint
             petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                                     Case No.   13-12405

---

#### 7.  Gifts

None
[X]

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON  OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8.  Losses

None
[X]

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

#### 9.  Payments related to debt counseling or bankruptcy

None
[ ]

List all payments made or property transferred  by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CRT CAPITAL GROUP LLC 262 HARBOR DRIVE STAMFORD, CT  06902 | 8/26/2013 | $25,868.62 |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   FriendFinder Networks Inc.                                                                    Case No.   13-12405

---

#### 10.  Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial
[X]        affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
          commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers
          by either or both  spouses whether or not a joint petition is filed, unless the spouses are separated and a
          joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

#### 10.  Other transfers (continued)

None  b. List all other property transferred by the debtor within ten years immediately preceding the commencement
[X]        of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATES OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

#### 11.  Closed financial accounts

None       List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
[X]        which were closed, sold, or otherwise transferred within one year immediately preceding the
           commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit,
           or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives,
           associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or
           chapter 13 must include information concerning accounts or instruments held by or for either or both
           spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
           filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                    Case No.  13-12405

---

### 12. Safe deposit boxes

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition s filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None
[X]

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor

None
[X]

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during the period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separated address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                    Case No.   13-12405

---

### 16.  Spouses and Former Spouses

None
[X]

If debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17.  Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into air, land, soil, surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
[X]

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

### 17.  Environmental Information (continued)

None
[X]

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                  Case No.   13-12405

### 17.  Environmental Information (continued)

None    c.  List all judicial or administrative proceeding, including settlements or orders, under any Environmental Law
 [X]        with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit
            that is or was a party to the proceedings, and the docket number.


NAME AND ADDRESS
OF GOVERNMENTAL UNIT                     DOCKET NUMBER          STATUS OR DISPOSITION

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                             Case No.  13-12405

---

### 18.  Nature, location, and name of business

None
☐  a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietorship, or was a self-employed in a trade, profession or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting share or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| PMGI HOLDING INC. | 20-1942663 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | Holding Company | October 24, 2004 |
| BLUE HEN GROUP INC. | 45-2539667 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | No Operations | June 8, 2011 |
| FRIENDFINDER VENTURES INC. | 27-4663125 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | Strategic Transactions | December 21, 2010 |
| GENERAL MEDIA ART HOLDING, INC. | 13-4042637 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | No Operations | May 8, 1998 |
| GENERAL MEDIA COMMUNICATIONS, INC. | 13-3502237 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | Owns trademarks, copyrights; contracts/license for publishing clubs, consumer products; (pre-bankruptcy - owned photos for magazine) Publishes Magazine | June 9, 1988 |
| GMI ON-LINE | 13-4097656 | 6800 Broken Sound | Formed to acquire | January 13, 2000 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                   Case No.   13-12405

### 18.  Nature, location, and name of business

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| VENTURES, LTD. | | Parkway NW Suite 200 Boca Raton, FL 33487 | Danni/Video Bliss | |
| INTERACTIVE NETWORK, INC. | 42-1745941 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | Holding Company; formed to acquire Various, Inc./ no operations | November 13, 2007 |
| NAFT NEWS CORPORATION | 27-3634385 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | Used to optimize online advertising effect on websites like google / SEO advertising for Various entities; no active operations | October 29, 2010 |
| PLAYTIME GAMING INC. | 27-3634371 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | Operates a website that allows online gaming between members on gamecuties.com | Ocober 29, 2010 |
| WEST COAST FACILITIES INC. | 59-3814751 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | No operations/Was tenant under a lease in California | June 16, 2005 June 8, 2011 |
| XVHUB GROUP INC. | 45-2539401 | 6800 Broken Sound Parkway NW Suite 200 Boca Raton, FL 33487 | Holds new Panasonic Smart TV adult portal deal providing aggregated adult content from multiple studios.  Revenue and Expenses will be either rolled under Entertainment or Paysites | |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                    Case No.   13-12405

---

### 18.  Nature, location, and name of business (continued)

None
[X]
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §101.

| NAME | ADDRESS |
|------|---------|
|      |         |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trade, profession or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19.  Books, records and financial statements

None
[ ]
a. List all bookkeepers and accountants who within  the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| EisnerAmper LLP<br>Attn: Michael Breit<br>750 Third Avenue<br>New York, NY  10017 | 9/17/11 - 9/16/13 |
| Ezra Shashoua<br>FriendFinder Networks Inc.<br>6800 Broken Sound Parkway NW,  #200<br>Boca Raton, FL  33487 | |

---

### 19.  Books, records and financial statements (continued)

None
[ ]
b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| EisnerAmper LLP | Attn: Michael Breit<br>750 Third Avenue<br>New York, NY  10017 | 9/17/11 - 9/16/13 |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                                    Case No.    13-12405

**19.  Books, records and financial statements (continued)**

None    c.  List all firms or individuals who at the time of the commencement of this case were in possession of the
☐         books of account and records of the debtor.  If any of the books of account and records are not available,
          explain.

| NAME | ADDRESS |
|------|---------|
| Ezra Shashoua | FriendFinder Networks Inc.<br>6800 Broken Sound Parkway NW,  #200<br>Boca Raton, FL  33487 |

**19.  Books, records and financial statements (continued)**

None    d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒         financial statement was issued by the debtor within the two years immediately preceding the
          commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| The Company was publicly traded as of 5/14/2011 and as such all of its quarterly and annual financial statements were made publicly available as required by the SEC. | |

**20.  Inventories**

None    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒         taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------------------------------------------|
| | | |

**20.  Inventories (continued)**

None    b.  List the name and address of the person having possession of the records of each of the  inventories
☒         reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF<br>CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|
| | |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                              Case No.   13-12405

### 21.  Current Partners, Officers, Directors and Shareholders

None       a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
[X]           partnership.


| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                    Case No.   13-12405

**21.  Current Partners, Officers, Directors and Shareholders (continued)**

None     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐           directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
            corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Marc H. Bell<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, FL 33487-2721 | Co-Chairman of the Board | 15.51% |
| Staton Family Investments Ltd<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, FL 33487-2721 | Shareholder | 10.46% |
| Andrew B Conru Trust Agreement<br>Trustee - Andrew Contru DTD<br>11/6/2001<br>2125 1st Avenue<br>#2904<br>Seattle WA 98121 | Shareholder | 9.99% |
| Staton Family Perpetual Trust<br>Trustee - Daniel Staton DTD 2007<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, FL 33487-2721 | Shareholder | 5.14% |
| Daniel C. Staton<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, FL 33487 | Co-Chairman of the Board | |
| Anthony Previte<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, Florida 33487 | President and CEO | |
| Robert Bell<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, FL 33487 | Director | |
| James LaChance<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, FL 33487 | Audit Committee Chairman;<br>Compensation Committee | |
| Toby Lazarus<br>6800 Broken Sound Parkway NW,<br>Suite 200<br>Boca Raton, FL 33487 | Corporate Governance &<br>Nominating Committee Chairman | |
| Jason Smith<br>6800 Broken Sound Parkway NW,<br>Suite 200 | Audit Committee; Corporate<br>Governance & Nominating<br>Committee Chairman | |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                    Case No.  13-12405

**21.  Current Partners, Officers, Directors and Shareholders (continued)**

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Boca Raton, Florida 33487 | | |
| Donald Johnson<br>Heritage Development LLC<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487 | Compensation Committee Chairman | |
| Steven Rattner<br>JPE Enterprises<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487 | Audit Committee | |
| Kai Shing Tao<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487 | Compensation Committee; Corporate Governance & Nominating Committee | |
| Paul Asher<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487-2721 | Corporate Secretary | |
| Russell Heiser<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487-2721 | Treasurer | |
| David Gellen<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487-2721 | Sr VP and General Counsel | |
| Robert Brackett<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487-2721 | President, Internet | |
| James Sullivan<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487-2721 | Acting Chief Operating Officer | |
| Ezra Shashoua<br>6800 Broken Sound Parkway NW, Suite 200<br>Boca Raton, FL 33487-2721 | Chief Financial Officer | |

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re   FriendFinder Networks Inc.                                    Case No.   13-12405

---

22. **Former partners, officers, directors and shareholders**

None
[X]

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year
immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

---

22. **Former partners, officers, directors and shareholders (continued)**

None
[X]

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

23. **Withdrawals from a partnership or distributions by a corporation**

None
[ ]

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an
insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any
other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY  OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| Same as SOFA 3c | | |

---

24. **Tax Consolidation Group**

None
[ ]

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
corporation of any consolidated group for tax purpose of which the debtor has been a member at any time
within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| FRIENDFINDER NETWORKS INC. FKA PENTHOUSE MEDIA GROUP, INC. AND SUBS | 13-3750988 |

---

**FORM 7 - STATEMENT OF FINANCIAL AFFAIRS**

In re  FriendFinder Networks Inc.                                              Case No.   13-12405

### 25. Pension Funds

None
[X]

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

Form 7

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


_____                    _____
Date                                        Signature of Debtor


_____                    _____
Date                                        Signature of Joint Debtor (if any)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


___Monday, October 14, 2013___              ___/s/  Ezra Shashoua_____
Date                                        Signature


                                            ___Ezra Shashoua_____
                                            Print Name


                                            ___Chief Financial Officer_____
                                            Title


        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


                        _____continuation sheets attached


Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571

**SOFA 3b**

**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**

**FRIENDFINDER NETWORKS INC., CASE NO. 13-12405**

| NAME AND ADDRESS | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| ADP, INC.<br>PO BOX 31001-1874<br>PASADENA, CA 91110-1874 | | | | |
| | 06/21/2013 | | CHECK | $51,272.01 |
| | 07/05/2013 | | CHECK | $44,665.50 |
| | 07/19/2013 | | CHECK | $52,099.62 |
| | 08/02/2013 | | CHECK | $49,997.76 |
| | 08/16/2013 | | CHECK | $49,240.11 |
| | 08/30/2013 | | CHECK | $49,658.91 |
| | 09/13/2013 | | CHECK | $54,240.40 |
| | | | **SUBTOTAL** | $351,174.31 |
| ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST, P A<br>ATTN: DAVID SIGALOW<br>255 SOUTH ORANGE AVE<br>SUITE 1401<br>ORLANDO, FL 32801 | | | | |
| | 06/20/2013 | | CHECK | $43,109.80 |
| | 07/25/2013 | | CHECK | $28,849.92 |
| | 08/22/2013 | | CHECK | $30,104.61 |
| | 09/05/2013 | | CHECK | $32,623.78 |
| | 09/13/2013 | | CHECK | $53,576.30 |
| | | | **SUBTOTAL** | $188,264.41 |
| ALLGEMEINES TREUUNTERNEHMEN<br>AEULESTRASSE 5<br>P O.BOX 83<br>LIECHTENSTEIN<br>LIECHTENSTEIN | | | | |
| | 06/28/2013 | | CHECK | $6,776.24 |
| | | | **SUBTOTAL** | $6,776.24 |
| AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | | | | |
| | 06/27/2013 | | CHECK | $1,130.41 |
| | 07/18/2013 | | CHECK | $434.03 |
| | 08/01/2013 | | CHECK | $3,651.57 |
| | 08/22/2013 | | CHECK | $444.75 |
| | 08/29/2013 | | CHECK | $1,765.41 |
| | | | **SUBTOTAL** | $7,426.17 |
| AT&T/BELLSOUTH<br>PO BOX 105262<br>ATLANTA, GA 30348-5262 | | | | |
| | 07/11/2013 | | CHECK | $1,195.37 |
| | 07/25/2013 | | CHECK | $1,177.74 |
| | 08/15/2013 | | CHECK | $1,204.82 |
| | 08/29/2013 | | CHECK | $1,212.15 |
| | 09/05/2013 | | CHECK | $6,500.00 |
| | 09/12/2013 | | CHECK | $1,202.55 |
| | | | **SUBTOTAL** | $12,492.63 |
| BANK OF AMERICA-BANKCARD<br>PO BOX 15731<br>WILMINGTON, DE 19886-5731 | | | | |
| | 07/11/2013 | | CHECK | $8,049.69 |
| | 08/08/2013 | | CHECK | $2,105.79 |
| | 09/05/2013 | | CHECK | $6,464.15 |
| | 09/13/2013 | | CHECK | $4,371.75 |
| | | | **SUBTOTAL** | $20,991.38 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
## FRIENDFINDER NETWORKS INC., CASE NO. 13-12405

| NAME AND ADDRESS | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>ATTN: MARTY STEINBERG<br>1450 BRICKELL AVENUE<br>SUITE 2300<br>MIAMI, FL 33131-3456 | | | | |
| | 07/25/2013 | | CHECK | $12,640.53 |
| | 09/13/2013 | | CHECK | $6,582.24 |
| | | | SUBTOTAL | $19,222.77 |
| BLOOMBERG FINANCE L P<br>PO BOX 416604<br>BOSTON, MA 02241-6604 | | | | |
| | 06/27/2013 | | CHECK | $10,725.00 |
| | | | SUBTOTAL | $10,725.00 |
| CRT CAPITAL GROUP LLC<br>262 HARBOR DRIVE<br>STAMFORD, CT 06902 | | | | |
| | 08/26/2013 | | CHECK | $25,868.62 |
| | | | SUBTOTAL | $25,868.62 |
| EISNER LLP<br>750 THIRD AVE<br>NEW YORK, NY 10017-2703 | | | | |
| | 06/27/2013 | | CHECK | $15,592.50 |
| | | | SUBTOTAL | $15,592.50 |
| FEDEX CORPORATION<br>PO BOX 660481<br>DALLAS, TX 75266-0481 | | | | |
| | 06/20/2013 | | CHECK | $1,944.72 |
| | 06/27/2013 | | CHECK | $1,722.12 |
| | 07/03/2013 | | CHECK | $1,751.12 |
| | 07/11/2013 | | CHECK | $994.73 |
| | 07/18/2013 | | CHECK | $1,409.22 |
| | 07/25/2013 | | CHECK | $1,761.57 |
| | 08/01/2013 | | CHECK | $1,419.64 |
| | 08/08/2013 | | CHECK | $1,150.32 |
| | 08/15/2013 | | CHECK | $648.91 |
| | 08/22/2013 | | CHECK | $929.24 |
| | 08/29/2013 | | CHECK | $1,426.41 |
| | 09/05/2013 | | CHECK | $811.90 |
| | 09/12/2013 | | CHECK | $1,046.83 |
| | | | SUBTOTAL | $17,016.73 |
| FRANCHISE TAX BOARD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-0531 | | | | |
| | 08/30/2013 | | CHECK | $22,525.00 |
| | | | SUBTOTAL | $22,525.00 |
| INTERNATIONAL PRINT GROUP<br>229 WEST 28TH STREET<br>9TH FLOOR<br>NEW YORK, NY 10001 | | | | |
| | 06/27/2013 | | CHECK | $8,195.92 |
| | 08/01/2013 | | CHECK | $621.16 |
| | 08/08/2013 | | CHECK | $689.00 |
| | 09/05/2013 | | CHECK | $1,618.42 |
| | 09/12/2013 | | CHECK | $9,264.02 |
| | | | SUBTOTAL | $20,388.52 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
## FRIENDFINDER NETWORKS INC., CASE NO. 13-12405

| NAME AND ADDRESS | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| KAUFMAN ROSSIN CO<br>ATTN: EVAN MORGAN<br>2699 S BAYSHORE DRIVE<br>MIAMI, FL 33133 | | | | |
| | 07/11/2013 | | CHECK | $5,714.00 |
| | 08/15/2013 | | CHECK | $6,580.80 |
| | 09/05/2013 | | CHECK | $8,461.00 |
| | | | SUBTOTAL | $20,755.80 |
| KCSA STATEGIC COMMUNICATIONS<br>880 THIRD AVE, 6TH FLOOR<br>NEW YORK, NY 10022 | | | | |
| | 07/11/2013 | | CHECK | $4,272.92 |
| | 08/15/2013 | | CHECK | $4,190.75 |
| | 09/12/2013 | | CHECK | $4,206.53 |
| | | | SUBTOTAL | $12,670.20 |
| MB REALTY COMPANY<br>6800 BROKEN SOUND PARKWAY NW<br>SUITE 200<br>BOCA RATON, FL 33487 | | | | |
| | 07/11/2013 | | CHECK | $11,799.59 |
| | 08/08/2013 | | CHECK | $100.00 |
| | 09/05/2013 | | CHECK | $100.00 |
| | | | SUBTOTAL | $11,999.59 |
| MILBANK,TWEED,HADLEY & MCCLOY LLP<br>ONE CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | | | | |
| | 07/03/2013 | | CHECK | $92,748.32 |
| | 07/29/2013 | | CHECK | $234,978.83 |
| | 08/23/2013 | | CHECK | $105,969.41 |
| | 09/03/2013 | | CHECK | $97,621.11 |
| | | | SUBTOTAL | $531,317.67 |
| MORRIS & STONE LLP<br>17852 E 17TH STREET<br>STE 201<br>TUSTIN, CA 92780 | | | | |
| | 07/25/2013 | | CHECK | $50,000.00 |
| | | | SUBTOTAL | $50,000.00 |
| MOSES & SINGER LLP<br>ATTN: ARNOLD BRESSLER<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174-1299 | | | | |
| | 07/11/2013 | | CHECK | $7,248.00 |
| | | | SUBTOTAL | $7,248.00 |
| NEW YORK STATE CORPORATION TAX<br>NYS ESTIMATED CORPORATION TAX<br>PO BOX 4136<br>BINGHAMPTON,, NY 13902-4138 | | | | |
| | 09/12/2013 | | CHECK | $7,000.00 |
| | | | SUBTOTAL | $7,000.00 |
| REMARK MEDIA<br>6 CONCOURSE PARKWAY<br>ATLANTA, GA 30328 | | | | |
| | 07/01/2013 | | CHECK | $150,000.00 |
| | 07/18/2013 | | CHECK | $150,000.00 |
| | | | SUBTOTAL | $300,000.00 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3b
## PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING
## FRIENDFINDER NETWORKS INC., CASE NO. 13-12405

| NAME AND ADDRESS | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| RICHMAN GREER P A<br>ATTN: GERRY RICHMAN<br>396 ALHAMBRA CIRCLE<br>NORTH TOWER 14TH FLOOR<br>MIAMI, FL 33134 | | | | |
| | 07/11/2013 | | CHECK | $34,991.09 |
| | 07/17/2013 | | CHECK | $27,035.03 |
| | 07/25/2013 | | CHECK | $12,500.00 |
| | 09/13/2013 | | CHECK | $31,579.09 |
| | | | SUBTOTAL | $106,105.21 |
| SECURIAN<br>400 ROBERT STREET NORTH<br>ST. PAUL, MN 55101 | | | | |
| | 06/21/2013 | | CHECK | $13,044.02 |
| | 07/05/2013 | | CHECK | $11,531.50 |
| | 07/19/2013 | | CHECK | $13,592.16 |
| | 08/02/2013 | | CHECK | $10,228.08 |
| | 08/16/2013 | | CHECK | $9,424.90 |
| | 08/30/2013 | | CHECK | $10,138.37 |
| | 09/13/2013 | | CHECK | $10,108.20 |
| | | | SUBTOTAL | $78,067.23 |
| SHIPMAN & GOODWIN LLP<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | | | | |
| | 09/13/2013 | | CHECK | $17,230.00 |
| | | | SUBTOTAL | $17,230.00 |
| THE NASDAQ STOCK MARKET LLC<br>LOCKBOX 20200 / PO BOX 8500<br>PHILADELPHIA, PA 19178-0200 | | | | |
| | 06/20/2013 | | CHECK | $5,000.00 |
| | 08/08/2013 | | CHECK | $3,138.75 |
| | 09/12/2013 | | CHECK | $3,138.75 |
| | | | SUBTOTAL | $11,277.50 |
| US BANK<br>CM-9690<br>ST. PAUL, MN 55170 | | | | |
| | 08/22/2013 | | CHECK | $15,756.00 |
| | 09/13/2013 | | CHECK | $13,432.00 |
| | | | SUBTOTAL | $29,188.00 |
| VERIZON<br>PO BOX 15124<br>ALBANY, NY 12212-5124 | | | | |
| | 07/18/2013 | | CHECK | $3,069.82 |
| | 08/08/2013 | | CHECK | $3,089.14 |
| | 09/05/2013 | | CHECK | $3,075.57 |
| | | | SUBTOTAL | $9,234.53 |
| VORNADO OFFICE INC. - 20 BROAD STREET<br>PO BOX 371486<br>PITTSBURGH, PA 15250-7486 | | | | |
| | 07/11/2013 | | CHECK | $47,951.87 |
| | 08/08/2013 | | CHECK | $60,347.76 |
| | 09/05/2013 | | CHECK | $55,828.94 |
| | | | SUBTOTAL | $164,128.57 |
| WALKER LAW OFFICES, PA<br>2201 MAIN ST<br>SUITE 506<br>DALLAS, TX 75201 | | | | |
| | 07/02/2013 | | CHECK | $12,000.00 |
| | | | SUBTOTAL | $12,000.00 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

**SOFA 3b**
**PAYMENTS TO CREDITORS MADE WITHIN 90 DAYS PRIOR TO FILING**
**FRIENDFINDER NETWORKS INC., CASE NO. 13-12405**

| NAME AND ADDRESS | PAYMENT DATE | CHECK OR WIRE NBR | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| | | | TOTAL | $2,086,686.58 |

NOTE: The SOFA 3B rider excludes payroll disbursements.

## SOFA 3c
## PAYMENTS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING
## FRIENDFINDER NETWORKS INC., CASE NO. 13-12405

| NAME AND ADDRESS | CHECK OR WIRE NBR | PAYMENT DATE | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| DONALD A JOHNSON C/O CORPORATE SECRETARY NW FRIENDFINDER NETWORKS INC. 6800 BROKEN SOUND PARKWAY, SUITE 200 BOCA RATON, FL 33487 | | | | |
| | | 10/01/2012 | CHECK | $8,750.00 |
| | | 01/16/2013 | CHECK | $8,750.00 |
| | | 03/28/2013 | CHECK | $11,250.00 |
| | | 06/27/2013 | CHECK | $11,250.00 |
| | | 09/12/2013 | CHECK | $11,250.00 |
| | | SUBTOTAL FOR:  DONALD A JOHNSON | | $51,250.00 |
| EZRA SHASHOUA C/O CORPORATE SECRETARY FRIENDFINDER NETWORKS INC 6800 BROKEN SOUND PARKWAY BOCA RATON, FL 33487 | | | | |
| | | 09/12/2013 | CHECK | $448.63 |
| | | SUBTOTAL FOR:  EZRA SHASHOUA | | $448.63 |
| JAMES LACHANCE C/O CORPORATE SECRETARY FRIENDFINDER NETWORKS INC. 6800 BROKEN SOUND PARKWAY NW,  #200 BOCA RATON, FL 33487-2721 | | | | |
| | | 10/01/2012 | CHECK | $9,500.00 |
| | | 01/16/2013 | CHECK | $9,500.00 |
| | | 03/28/2013 | CHECK | $12,000.00 |
| | | 06/27/2013 | CHECK | $12,000.00 |
| | | 09/12/2013 | CHECK | $12,000.00 |
| | | SUBTOTAL FOR:  JAMES LACHANCE | | $55,000.00 |
| JASON SMITH C/O CORPORATE SECRETARY FRIENDFINDER NETWORKS INC. 6800 BROKEN SOUND PARKWAY NW,  #200 BOCA RATON, FL 33487-2721 | | | | |
| | | 10/01/2012 | CHECK | $9,000.00 |
| | | 01/16/2013 | CHECK | $9,000.00 |
| | | 03/28/2013 | CHECK | $11,500.00 |
| | | 06/27/2013 | CHECK | $11,500.00 |
| | | 09/12/2013 | CHECK | $11,500.00 |
| | | SUBTOTAL FOR:  JASON SMITH | | $52,500.00 |
| KAI-SHING TAO C/O CORPORATE SECRETARY FRIENDFINDER NETWORKS INC. 6800 BROKEN SOUND PARKWAY NW,  #200 BOCA RATON, FL 33487-2721 | | | | |
| | | 10/01/2012 | CHECK | $9,000.00 |
| | | 01/16/2013 | CHECK | $9,000.00 |
| | | 03/28/2013 | CHECK | $11,500.00 |
| | | 06/27/2013 | CHECK | $11,500.00 |
| | | 09/12/2013 | CHECK | $11,500.00 |
| | | SUBTOTAL FOR:  KAI-SHING TAO | | $52,500.00 |

## SOFA 3c
## PAYMENTS TO INSIDERS MADE WITHIN 1 YEAR PRIOR TO FILING
## FRIENDFINDER NETWORKS INC., CASE NO. 13-12405

| NAME AND ADDRESS | CHECK OR WIRE NBR | PAYMENT DATE | METHOD OF PAYMENT | TOTAL AMT PAID |
|---|---|---|---|---|
| MARC BELL CAPITAL PARTNERS (VIA AMERICAN EXPRESS) ATTN: US PAYMENT CENTER FL 2965 W CORPORATE LAKES BLVD WESTON, FL 33331-3626 | | | | |
| | | 10/11/2012 | CHECK | $25,336.38 |
| | | 11/15/2012 | CHECK | $13,929.95 |
| | | 12/13/2012 | CHECK | $2,222.18 |
| | | 01/10/2013 | CHECK | $461.54 |
| | | 02/07/2013 | CHECK | $297.92 |
| | | 03/14/2013 | CHECK | $269.67 |
| | | 04/11/2013 | CHECK | $50.00 |
| | | 05/09/2013 | CHECK | $479.00 |
| | | 07/11/2013 | CHECK | $596.00 |
| | | 08/08/2013 | CHECK | $298.00 |
| | | 09/05/2013 | CHECK | $74.98 |
| | MARC BELL CAPITAL PARTNERS (VIA AMERICAN EXPRESS) | | | $44,015.62 |
| ROBERT BELL C/O CORPORATE SECRETARY FRIENDFINDER NETWORKS INC. 6800 BROKEN SOUND PARKWAY NW,  #200 BOCA RATON, FL 33487-2721 | | | | |
| | | 10/01/2012 | CHECK | $7,500.00 |
| | | 10/18/2012 | CHECK | $1,713.50 |
| | | 01/16/2013 | CHECK | $7,500.00 |
| | | 03/28/2013 | CHECK | $10,000.00 |
| | | 06/27/2013 | CHECK | $10,000.00 |
| | | 09/12/2013 | CHECK | $10,000.00 |
| | SUBTOTAL FOR:  ROBERT BELL | | | $46,713.50 |
| STEVEN RATTNER C/O CORPORATE SECRETARY FRIENDFINDER NETWORKS INC. 6800 BROKEN SOUND PARKWAY NW,  #200 BOCA RATON, FL 33487-2721 | | | | |
| | | 10/01/2012 | CHECK | $8,250.00 |
| | | 01/16/2013 | CHECK | $8,250.00 |
| | | 03/28/2013 | CHECK | $10,750.00 |
| | | 06/27/2013 | CHECK | $10,750.00 |
| | | 09/12/2013 | CHECK | $10,750.00 |
| | SUBTOTAL FOR:  STEVEN RATTNER | | | $48,750.00 |
| TOBY E. LAZARUS C/O CORPORATE SECRETARY FRIENDFINDER NETWORKS INC. 6800 BROKEN SOUND PARKWAY NW,  #200 BOCA RATON, FL 33487-2721 | | | | |
| | | 10/01/2012 | CHECK | $8,750.00 |
| | | 12/27/2012 | CHECK | $589.01 |
| | | 01/16/2013 | CHECK | $8,750.00 |
| | | 03/28/2013 | CHECK | $11,250.00 |
| | | 06/27/2013 | CHECK | $11,250.00 |
| | | 09/05/2013 | CHECK | $1,192.49 |
| | | 09/12/2013 | CHECK | $11,250.00 |
| | SUBTOTAL FOR:  TOBY E. LAZARUS | | | $53,031.50 |
| | | | TOTAL | $404,209.25 |