IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PMGI Holdings Inc., *et al*.,[1] | Case No. 13-12404 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 356, 359** |

NOTICE OF (A) ENTRY OF ORDER CONFIRMING MODIFIED SECOND AMENDED
JOINT PLAN OF REORGANIZATION OF PMGI HOLDINGS INC. *ET AL.* UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE, (B) OCCURRENCE
OF EFFECTIVE DATE AND (C) DEADLINES FOR FILING CERTAIN CLAIMS

**PLEASE TAKE NOTICE THAT**:

1. *Confirmation of Plan*. By order dated December 16, 2013 [Docket No. 359] (the "**Confirmation Order**"), the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") confirmed the *Modified Second Amended Joint Plan of Reorganization Of PMGI Holdings Inc. Et Al. Under Chapter 11 Of The Bankruptcy Code* [Docket No. 356] (the "**Plan**").[2] Copies of the Confirmation Order, the Plan and related documents are (i) available for inspection at the Office of the Clerk, United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, or may be downloaded from the Bankruptcy Court website at http://www.deb.uscourts.gov and (ii) may be requested from the Debtors' claims, noticing and balloting agent, BMC Group, Inc. (the "**Claims Agent**"), by telephone at (888) 909-0100 or by visiting the Claims Agent's case website at www.bmcgroup.com/ffn.

2. *Effective Date*. Pursuant to the satisfaction or waiver of the conditions set forth in Section 9.02 of the Plan, the Effective Date of the Plan occurred on **December 20, 2013**.

3. *Administrative Claims*. Pursuant to paragraph 34 of the Confirmation Order and Section 3.01(a) of the Plan, **February 3, 2014** (the "**Administrative Claim Deadline**") is the deadline to file Administrative Claim requests (other than as set forth in the Plan) for Administrative Claims (other than Professional Fee Claims). Such Administrative Claims must

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Blue Hen Group Inc. (9667), Argus Payments Inc. (4661), Big Island Technology Group, Inc. (9795), Confirm ID, Inc. (7020), Danni Ashe, Inc. (5271), Fastcupid, Inc. (7869), Fierce Wombat Games Inc. (2019), FriendFinder California Inc. (2750), FriendFinder Networks Inc. (0988), FRIENDFINDER VENTURES INC. (3125), FRNK Technology Group (7102), General Media Art Holding, Inc. (2637), General Media Communications, Inc. (2237), General Media Entertainment, Inc. (2960), Global Alphabet, Inc. (7649), GMCI Internet Operations, Inc. (7655), GMI On-Line Ventures, Ltd. (7656), Interactive Network, Inc. (5941), Magnolia Blossom Inc. (8925), Medley.com Incorporated (3594), NAFT NEWS CORPORATION (4385), Penthouse Digital Media Productions Inc. (1056), Penthouse Images Acquisitions, Ltd. (9228), PerfectMatch Inc. (9020), Playtime Gaming Inc. (4371), PMGI Holdings Inc. (2663), PPM Technology Group, Inc. (9876), Pure Entertainment Telecommunications, Inc. (9626), Sharkfish, Inc. (1221), Snapshot Productions, LLC (7091), Streamray Inc. (2716), Streamray Studios Inc. (1009), Tan Door Media Inc. (1100),Traffic Cat, Inc. (1223), Transbloom, Inc. (1168), Various, Inc. (7762), Video Bliss, Inc. (6760), West Coast Facilities Inc. (4751), XVHUB Group Inc. (9401). The Debtors' business address is 6800 Broken Sound Parkway NW, Suite 200, Boca Raton, FL 33487.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

*NY 243475259v3*

be made by application Filed with the Bankruptcy Court and served on the following parties (the "**Notice Parties**"): (i) the Debtors, 220 Humbolt Court, Sunnyvale, CA 94089 (Attn: Ezra Shashoua); (ii) the Debtors' counsel, Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Dennis A. Meloro, Esq.) and Greenberg Traurig, LLP, The MetLife Building, 200 Park Avenue, New York, New York 10166 (Attn: Matthew L. Hinker, Esq. and Paul T. Martin, Esq.); (iii) Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801; (iv) counsel to the Consenting First Lien Noteholders, Milbank, Tweed, Hadley & McCloy LLP, 601 S. Figueroa Street, Los Angeles, CA 90017 (Attn: Neil J Wertlieb, Esq. and David Zolkin, Esq.); (v) counsel to the Consenting Second Lien Noteholders, Jones Day, 555 South Flower Street, 50th Floor, Los Angeles, CA 90071 (Attn: Joshua M. Mester, Esq.); and (vi) counsel to the Holders of the Cash Pay Second Lien Notes, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801 (Attn: Jeffrey R. Waxman, Esq.). **Holders of Administrative Claims that are required to file an Administrative Claim request pursuant to section 3.01(a) of the Plan and fail to do so by the Administrative Claim Deadline, will be forever barred, estopped and enjoined from asserting such Administrative Claim against the Debtors, the Reorganized Debtors or their property and Estates, and such Administrative Claims shall be deemed discharged as of the Effective Date.**

4. *Professional Fee Claims*. Pursuant to paragraph 35 of the Confirmation Order and Section 12.02 of the Plan, and except as otherwise set forth therein, all final requests for payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be made by application Filed with the Bankruptcy Court and served on the Notice Parties no later than **February 18, 2014**, unless otherwise ordered by the Bankruptcy Court. Objections to such applications must be Filed and served on the Notice Parties and the requesting Professional or other Entity on or before the date that is thirty (30) days (or such longer period as may be allowed by order of the Bankruptcy Court) after the date on which the applicable application was served. After notice and a hearing in accordance with the procedures established by the Bankruptcy Code and prior Bankruptcy Court orders, the Allowed amounts of such Professional Fee Claims shall be determined by the Bankruptcy Court.

5. *Rejection Damage Claims*. Pursuant to paragraph 19 of the Confirmation Order and Section 6.07 of the Plan, unless otherwise provided by a Bankruptcy Court order, if the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan results in a Claim, then such Claim shall be forever barred and shall not be enforceable against the Debtors, their Estates, the Reorganized Debtors or any of their properties unless a Proof of Claim is Filed with the Claims Agent and served upon counsel to the Debtor **within thirty (30) days after the later of (a) the Confirmation Order and (b) entry of the order rejecting the applicable Executory Contract or Unexpired Lease**. The foregoing applies only to Claims arising from the rejection of an Executory Contract or Unexpired Lease in connection with the Plan; any other Claims held by a party to a rejected Executory Contract or Unexpired Lease shall have been evidenced by a Proof of Claim Filed by the applicable Bar Date or shall be barred and unenforceable.

[Remainder of Page Intentionally Left Blank]

Dated:  December 20, 2013

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Nancy A. Mitchell (*admitted pro hac vice*)<br>Matthew L. Hinker (DE Bar No. 5348)<br>Paul T. Martin (*admitted pro hac vice*)<br>200 Park Avenue<br>New York, New York  10166<br>Telephone:  (212) 801-9200<br>Facsimile:  (212) 801-6400<br>Email:  mitchelln@gtlaw.com<br>         hinkerm@gtlaw.com<br>         martinpt@gtlaw.com<br><br>-and-<br><br>David D. Cleary<br>2375 East Camelback Road<br>Suite 700<br>Phoenix, AZ  85016<br>Telephone:  (602) 445-8000<br>Facsimile:  (602) 445-8100<br>Email:  clearyd@gtlaw.com | GREENBERG TRAURIG, LLP<br><br>By: */s/ Dennis A. Meloro*<br>Dennis A. Meloro (DE Bar No 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 661-7000<br>Facsimile:  (302) 661-7360<br>Email:  melorod@gtlaw.com<br><br><br>Counsel for the Debtors<br>and Debtors-in-Possession |