**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**
**QUARTER ENDING MARCH 31, 2014**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  PMGI Holdings, Inc. (along with all jointly administered Debtors)

Bankruptcy Number:  13-12404(CSS)

Date of Confirmation:  12/20/2013

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/24/14
Date

Name/Title  Ezra Shashova, CFO

In re PMGI Holdings, Inc., et al.,
Debtors

POST CONFIRMATION QUARTERLY SUMMARY REPORT
CASH RECEIPTS AND DISBURSEMENTS BY DEBTOR

**Case No.**
**Reporting Period: January 1 to March 31 2014**

| | | 13-12439-CSS | 13-12424-CSS | 13-12434-CSS | 13-12435-CSS | 13-12406-CSS | 13-12409-CSS | 13-12413-CSS | 13-12412-CSS | 13-12415-CSS | 13-12428-CSS | 3-12411-CS | 13-12429-CSS | 13-12405-CSS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OPER. TOTAL | Various | Medley | Streamray | Streamray Studio | Argus | Confirm ID | FF CA. | Fierce Wombat | FRNK | PerfectMatch | Fast Cupid | Playtime Game | FFN |
| **CASH BEGINNING OF QUARTER** | 19,502,808 | 13,041,402 | (377,501) | 3,475,252 | 23,571 | 37,094 | 75,550 | 139,547 | 63,888 | 13,656 | 66,245 | 30,833 | 170,636 | 941,296 |
| **RECEIPTS** | | | | | | | | | | | | | | |
| CASH SALES | 512,229 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,328 | 7,913 | 32,727 | 613 | 22,158 | 0 |
| ACCOUNTS RECEIVABLE | 54,115,949 | 36,602,137 | 0 | 13,602,875 | 6,426 | 227,128 | 11,895 | 86,098 | 0 | 0 | 0 | 0 | 0 | 0 |
| LOANS, PROCEEDS OF LITIGATION, CAPITAL INFUSION FRO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER | 25,112 | | | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | | 25,112 |
| TRANSFERS INTO DEBTOR ACCOUNT FROM OTHER DEBTOR | 26,153,208 | 4,000,000 | 19,000,000 | 0 | 450,000 | 150,000 | 0 | 0 | 0 | 0 | 0 | 0 | 530,000 | 1,074,821 |
| INTEREST | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL RECEIPTS** | 80,806,498 | 40,602,137 | 19,000,000 | 13,602,875 | 456,426 | 377,128 | 11,895 | 86,098 | 7,328 | 7,913 | 32,727 | 613 | 552,158 | 1,099,933 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | |
| DISBURSEMENTS MADE UNDER THE PLAN (EXCL. PROFESSI | 286,499 | 286,499 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ADMIN CLAIMS OF BANKRUPTCY PROFESSIONALS | 617,641 | 542,619 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 75,021 |
| TRANSFERS OUT OF DEBTOR ACCOUNT TO OTHER DEBTOR | 26,153,208 | 20,131,022 | 0 | 4,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 201,427 |
| ALL OTHER | 55,982,458 | 26,981,681 | 17,908,400 | 4,942,075 | 402,353 | 413,292 | 0 | 0 | 331 | 16,941 | 17,138 | 891 | 414,316 | 1,656,809 |
| **TOTAL DISBURSEMENTS** | 83,039,806 | 47,941,821 | 17,908,400 | 8,942,075 | 402,353 | 413,292 | 0 | 0 | 331 | 16,941 | 17,138 | 891 | 414,316 | 1,933,257 |
| NET CASH FLOW | (2,233,308) | (7,339,684) | 1,091,600 | 4,660,800 | 54,073 | (36,164) | 11,895 | 86,098 | 6,997 | (9,028) | 15,589 | (277) | 137,842 | (833,325) |
| **CASH - END OF QUARTER** | 17,269,500 | 5,701,718 | 714,099 | 8,136,052 | 77,644 | 930 | 87,445 | 225,645 | 70,885 | 4,627 | 81,834 | 30,556 | 308,478 | 107,972 |

| | 13-12417-CSS | 13-12418-CSS | 13-12420-CSS | 13-12422-CSS | 13-12426-CSS | 13-12427-CSS | 13-12404-CSS | 13-12436-CSS | 13-12431-CSS | 13-12410-CSS | 13-12407-CSS | 13-12419-CSS | 13-12430-CSS | 1312441-CSS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GMCI | GME | GMCI Internet | INI | PDMP | H IMAGES ACQ | MGI HOLDING | TAN DOOR | PURE TELE | DANNI ASHE | Big Island | Global Alpha | PPM Tech | West Coast | PAYROLL | TAX | OTHER | | |
| **CASH BEGINNING OF QUARTER** | 225,989 | 85,772 | 202,476 | 500 | 462,343 | 361,988 | 271,713 | 56,772 | 8,127 | 115,254 | 506 | 760 | 8,318 | 821 | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | |
| CASH SALES | 441,491 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| ACCOUNTS RECEIVABLE | 1,319,196 | 308,516 | 729,775 | 0 | 670,058 | 324,623 | 3,108 | 122,161 | 5,097 | 96,856 | 0 | 0 | 0 | 0 | | | SEE (1) BELOW | | |
| LOANS, PROCEEDS OF LITIGATION, CAPITAL INFUSION FRO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| SALE OF ASSETS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| OTHER | | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| TRANSFERS INTO DEBTOR ACCOUNT FROM OTHER DEBTOR | 1,200 | 50,000 | 0 | 0 | 897,186 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| INTEREST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| **TOTAL RECEIPTS** | 1,761,887 | 358,516 | 729,775 | 0 | 1,567,244 | 324,623 | 3,108 | 122,161 | 5,097 | 96,856 | 0 | 0 | 0 | 0 | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | |
| DISBURSEMENTS MADE UNDER THE PLAN (EXCL. PROFESSI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| ADMIN CLAIMS OF BANKRUPTCY PROFESSIONALS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| TRANSFERS OUT OF DEBTOR ACCOUNT TO OTHER DEBTOR | 257,438 | | 683,000 | 500 | 0 | 455,000 | 274,821 | 150,000 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| ALL OTHER | 1,288,793 | 213,059 | 59,706 | 0 | 1,628,824 | 29,909 | 0 | 409 | 0 | 6,710 | 0 | 0 | 0 | 821 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL DISBURSEMENTS** | 1,546,231 | 213,059 | 742,706 | 500 | 1,628,824 | 484,909 | 274,821 | 150,409 | 0 | 6,710 | 0 | 0 | 0 | 821 | 0 | 0 | 0 | 0 | |
| NET CASH FLOW | 215,656 | 145,458 | (12,931) | (500) | (61,580) | (160,286) | (271,714) | (28,248) | 5,097 | 90,146 | 0 | 0 | 0 | (821) | | | | | |
| **CASH - END OF QUARTER** | 441,645 | 231,229 | 189,545 | 0 | 400,763 | 201,702 | (0) | 28,524 | 13,224 | 205,400 | 506 | 760 | 8,318 | (0) | | | | | |

**(1) Includes Inactive companies:**

| | |
|---|---|
| 13-12408-CSS | Blue Hen Group |
| 13-12414-CSS | FriendFinder Ventures |
| 13-12416-CSS | General Media Art Holding |
| 13-12421-CSS | GMI On-Line Ventures |
| 13-12423-CSS | Magnolia Blossum Inc. |
| 13-12425-CSS | Naft News Corp. |
| 13-12432-CSS | Sharkfish Inc |
| 13-12433-CSS | Snapshot Productions LLC |
| 13-12437-CSS | Traffic Cat Inc |
| 13-12438-CSS | Transbloom Inc |
| 13-12440-CSS | •Video Bliss Inc |
| 13-12442-CSS | XVHUB Group Inc |

FriendFinder Networks Inc.
Summary of All Units
For the Three Months Ending Monday, March 31, 2014

| Case Number Consolidated TOTAL | | 13-12405-CSS FriendFinder Networks | 13-12417-CSS General Media Communications Inc. | 13-12418-CSS General Media Entertainment | 13-12426-CSS Penthouse Digital Media Productions Inc. | 13-12431-CSS Pure Entertainment Telecommunications | 13-12427-CSS Penthouse Images Acquisitions | 13-12420-CSS GMCI Internet Operations | 13-12410-CSS Danni Ashe | 13-12436-CSS Tan Door Media Inc. | 13-12422-CSS Interactive Network Inc. | 13-12439-CSS Various Inc. | 1312434-CSS Streamray Inc | 13-12406-CSS Argus Payment Inc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | | | | | | | |
| | Current Assets: | | | | | | | | | | | | | |
| $17,269,500 | Cash | $107,972 | $441,645 | $231,229 | $400,764 | $13,224 | $201,702 | $189,545 | $205,400 | $28,524 | | $5,701,718 | $8,136,052 | $929 |
| 11,392,810 | Restricted Cash | | 71,787 | | | | | 434,752 | 65,047 | 12,500 | | 9,531,672 | 1,154,599 | |
| 11,495,756 | Accounts Receivable, net | | 378,499 | 4,340,788 | | 13,000 | 607,759 | 5,570 | 11,643 | 770 | | (14,030,551) | 20,156,115 | 214,248 |
| 623,653 | Inventories | | 505,289 | | 118,364 | | | | | | | | | |
| 3,190,115 | Prepaid Expenses | 70,508 | 270,988 | 209,618 | | | | | 4,911 | | | 1,945,501 | (3,359) | 57,832 |
| 2,664,831 | Deferred Tax Asset | (169) | | | | | | | | | | 2,665,000 | | |
| 46,636,665 | Total Current Assets | 178,311 | 1,668,208 | 4,781,635 | 519,128 | 26,224 | 809,460 | 629,867 | 287,001 | 41,794 | | 5,813,340 | 29,443,406 | 273,009 |
| | Long Term Assets: | | | | | | | | | | | | | |
| 2,026,360 | Film Costs, net | | | | | | | | | | | | | |
| 31,872,459 | Property, Plant and Equipment | | 2,191,829 | | 159,307 | | | | 220,038 | | | 23,724,360 | 292,080 | 645,139 |
| (28,754,277) | PPE Accumulated Depreciation | | (2,014,181) | | (106,504) | | | | (220,038) | | | (21,342,714) | (292,080) | (580,875) |
| 153,916,584 | Goodwill | | | | | | | 1,948,000 | 2,169,000 | | | 100,700,993 | 47,578,028 | |
| 86,513,514 | Domain Names | | | 5,870,000 | | | | | | | | 69,695,324 | 10,200,000 | |
| 11,503,000 | Trademarks | | 730,000 | | 1,397,000 | | 1,840,000 | 7,536,000 | | | | | | |
| 218,215,524 | Other Intangible Assets | | | | | | | | | | | 192,470,000 | 24,800,000 | |
| (135,166,316) | Intangible Assets Amortization | | | (587,917) | | | | | | | | (107,595,000) | (26,117,250) | |
| | Unamortized Debt Costs, net | | | | | | | | | | | | | |
| 1,185,668 | Other Assets | 133,678 | | 358,505 | | | | | | | | 639,354 | | |
| 0 | Inter-Company | 182,715,271 | 86,550,866 | (15,459,757) | (12,065,875) | 25,751,466 | 35,482,468 | 37,541,396 | 1,373,075 | 1,438,154 | (677,570,079) | 318,850,524 | 52,492,903 | (4,117,566) |
| 341,312,517 | Total Long Term Assets | 182,848,949 | 87,458,514 | (9,819,168) | (10,616,072) | 25,751,466 | 37,322,468 | 47,025,396 | 3,542,075 | 1,438,154 | (677,570,079) | 577,142,841 | 108,953,680 | (4,053,302) |
| $387,949,182 | Total Assets | $183,027,261 | $89,126,722 | ($5,037,533) | ($10,096,944) | $25,777,690 | $38,131,928 | $47,655,263 | $3,829,077 | $1,479,948 | ($677,570,079) | $582,956,181 | $138,397,087 | ($3,780,293) |
| LIABILITIES AND EQUITY | | | | | | | | | | | | | | |
| | Current Liabilities: | | | | | | | | | | | | | |
| $3,404,356 | Accounts Payable | $9,849 | $150,042 | $32,748 | $30,398 | | | | $8,622 | | | $1,253,744 | $1,903,256 | |
| 1,743,318 | Accrued Liabilities - VAT - Current | | | | | | | 14,381 | 1,110 | 252 | | (5,573,891) | 6,547,026 | |
| 4,389,171 | Accrued Liabilities - Employee Related Costs | 264,506 | 9,000 | 920,704 | | | 4,000 | | 11,520 | | | 2,656,288 | (405) | 96,324 |
| 5,892,206 | Accrued Liabilities - General | 467,826 | 660,209 | 406,903 | 96,139 | | 18,901 | 19,797 | | | | 3,014,442 | 596,295 | 187,757 |
| 276,800 | Accrued Liabilities - Legal | 150,000 | | | | | | | | | | 126,800 | | |
| 5,461,913 | Accrued Liabilities - Affiliates & Ad Buys | | | | | | | | | | | 2,618,934 | 500,185 | |
| | Accrued Interest | | | | | | | | | | | | | |
| 23,136,768 | Deferred Revenue - Current | | 1,625,788 | 313,868 | | | 234,650 | 798,948 | 43,671 | 8,438 | | 16,021,713 | 3,641,271 | |
| 44,304,533 | Total Current Liabilities | 892,182 | 2,445,039 | 1,674,223 | 126,536 | | 257,551 | 833,125 | 64,923 | 8,690 | | 20,118,031 | 13,187,629 | 284,082 |
| | Long Term Liabilities: | | | | | | | | | | | | | |
| 12,450,240 | Accrued Liabilities - VAT - Long Term | | | | | | | 1,368,749 | 25,000 | | | 11,056,491 | | |
| 70,765,001 | Deferred Tax Liability | 2,103,000 | | | | | | | | | | 68,662,000 | | |
| 246,727,541 | Long Term Debt | 246,727,541 | | | | | | | | | | | | |
| 329,942,781 | Total Long Term Liabilities | 248,830,542 | | | | | | 1,368,749 | 25,000 | | | 79,718,491 | | |
| 374,247,314 | Total Liabilities | 249,722,723 | 2,445,039 | 1,674,223 | 126,536 | | 257,551 | 2,201,874 | 89,923 | 8,690 | | 99,836,521 | 13,187,629 | 284,082 |
| EQUITY | | | | | | | | | | | | | | |
| 1,000 | Common Stock | 1,000 | | | | | | | | | | | | |
| 20,145,985 | Capital in Excess of Par | (428,224) | | | (189,503) | | | | 2,316,421 | | (416,474,053) | 434,921,344 | | |
| (6,445,118) | Income to Date | (10,736,007) | (348,991) | (707,999) | (83,632) | 5,097 | 328,200 | (330,601) | 83,476 | 18,221 | | 132,498 | 6,993,640 | (313,778) |
| 0 | Retained Earnings | (55,532,232) | 87,030,675 | (6,003,757) | (9,950,345) | 25,772,593 | 37,546,178 | 45,783,991 | 1,339,257 | 1,453,037 | (261,096,027) | 48,065,817 | 118,215,818 | (3,750,597) |
| 13,701,868 | Total Equity | (66,695,463) | 86,681,684 | (6,711,756) | (10,223,481) | 25,777,690 | 37,874,378 | 45,453,389 | 3,739,154 | 1,471,257 | (677,570,079) | 483,119,659 | 125,209,458 | (4,064,375) |
| $387,949,182 | Total Liabilities and Equity | $183,027,261 | $89,126,722 | ($5,037,533) | ($10,096,944) | $25,777,690 | $38,131,928 | $47,655,263 | $3,829,077 | $1,479,948 | ($677,570,079) | $582,956,181 | $138,397,087 | ($3,780,293) |

| | 13-12413-CSS Friend Finde California, Inc. | 13-12428-CSS Goldenrod Spear PerfectMatch | 13-12411-CSS Fastcupid Inc | 13-12435-CSS Streamray Studios, Inc. | 13-12429-CSS Playtime Games | 13-12409-CSS Confirm ID, Inc | 13-12415-CSS FRNK Technology Group, Inc | 13-12424-CSS Medley Inc | 13-12412-CSS Fierce Wombat | 13-1247-CSS Big Island Inc | Elim CA | 13-12416-CSS General Media Art Holding | 13-12419-CSS Global Alphabet | 13-12425-CSS NAFT News Corp | 13-12404-CSS PMGI Holdings | 13-12430-CSS PPM Tech Group | 13-12432-CSS Shark Fish Inc | 13-12437-CSS Traffic Cat Inc | 13-12438-CSS Transbloom | 13-12441-CSS West Coast Facilities | OTHER SEE (1) BELOW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | | | | | | | | | | | | | | |
| Current Assets: | | | | | | | | | | | | | | | | | | | | | |
| Cash | $225,645 | $81,834 | $30,556 | $77,644 | $308,478 | $87,445 | $4,627 | $714,099 | $70,884 | $506 | | | $760 | | | $8,318 | | | | | |
| Restricted Cash | 21,957 | 44,969 | 50,000 | | | 3,026 | 2,503 | | | | | | | | | | | | | | |
| Accounts Receivable, net | (35,163) | (86,290) | 28,081 | | 2,253 | (112,758) | (3,122) | 4,914 | | | | | | | | | | | | | |
| Inventories | | | | | | | | | | | | | | | | | | | | | |
| Prepaid Expenses | 11,338 | 25,622 | | 39,237 | 45,343 | | 2,259 | 500,431 | 9,885 | | | | | | | | | | | | |
| Deferred Tax Asset | | | | | | | | | | | | | | | | | | | | | |
| Total Current Assets | 223,776 | 66,135 | 108,637 | 116,881 | 356,074 | (22,286) | 6,267 | 1,219,444 | 80,768 | 506 | | | 760 | | | 8,318 | | | | | |
| Long Term Assets: | | | | | | | | | | | | | | | | | | | | | |
| Film Costs, net | | | | 2,026,360 | | | | | | | | | | | | | | | | | |
| Property, Plant and Equipment | 1,150,558 | 92,847 | 59,248 | 2,567,774 | 285,508 | | 139,830 | 6,533 | 64,293 | | | | | | | 26,945 | | | | 246,170 | |
| PPE Accumulated Depreciation | (1,150,558) | (67,889) | (59,248) | (2,294,632) | (174,414) | | (113,205) | (6,533) | (58,293) | | | | | | | (26,945) | | | | (246,170) | |
| Goodwill | | 1,520,564 | | | | | | | | | | | | | | | | | | | |
| Domain Names | 2,500 | 152,300 | | | | 439,478 | | | | | | | | | | | | | 153,912 | | |
| Trademarks | | | | | | | | | | | | | | | | | | | | | |
| Other Intangible Assets | | 819,436 | | | | | | | | | | | | | | | | | 126,088 | | |
| Intangible Assets Amortization | | (740,061) | | | | | | | | | | | | | | | | | (126,088) | | |
| Unamortized Debt Costs, net | | | | | | | | | | | | | | | | | | | | | |
| Other Assets | | | | 19,470 | 29,379 | | 5,282 | | | | | | | | | | | | | | |
| Inter-Company | 31,161,793 | (6,570,632) | 1,447,637 | (7,435,572) | (4,750,406) | (292,795) | 438,393 | (27,772,284) | (2,724,581) | (3,882) | 12,511,171 | | (3,684) | | (443,145) | (151,024) | (1,852) | (3,006) | (280,959) | (2,596,799) | |
| Total Long Term Assets | 31,164,293 | (4,793,435) | 1,447,637 | (5,116,600) | (4,609,932) | 146,683 | 470,301 | (27,772,284) | (2,718,580) | (3,882) | 12,511,171 | | (3,684) | | (443,145) | (151,024) | (1,852) | (3,006) | (127,047) | (2,596,799) | |
| Total Assets | $31,388,069 | ($4,727,300) | $1,556,274 | ($4,999,718) | ($4,253,858) | $124,397 | $476,568 | ($26,552,841) | ($2,637,812) | ($3,376) | $12,511,171 | | ($2,924) | | ($443,145) | ($142,707) | ($1,852) | ($3,006) | ($127,047) | ($2,596,799) | |
| LIABILITIES AND EQUITY | | | | | | | | | | | | | | | | | | | | | |
| Current Liabilities: | | | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | | $83 | | $8,564 | $560 | | $4,489 | $2,000 | | | | | | | | | | | | | |
| Accrued Liabilities - VAT - Current | 728,889 | 10,269 | 3,205 | | | | 12,078 | | | | | | | | | | | | | | |
| Accrued Liabilities - Employee Related Costs | | | | 55,497 | 8,214 | | | 363,521 | | | | | | | | | | | | | |
| Accrued Liabilities - General | (62,398) | (67,871) | (2,876) | 43,638 | 149,695 | 1,823 | 2,246 | 359,679 | | | | | | | | | | | | | |
| Accrued Liabilities - Legal | | | | | | | | | | | | | | | | | | | | | |
| Accrued Liabilities - Affiliates & Ad Buys | 993,077 | 794 | 11 | | 1,777 | | 951 | 1,335,827 | | | | | | | | 10,356 | | | | | |
| Accrued Interest | | | | | | | | | | | | | | | | | | | | | |
| Deferred Revenue - Current | 396,389 | 39,013 | 8,806 | | | | 4,213 | | | | | | | | | | | | | | |
| Total Current Liabilities | 2,055,956 | (17,711) | 9,146 | 107,699 | 160,248 | 1,823 | 23,976 | 2,061,028 | | | | | | | | 10,356 | | | | | |
| Long Term Liabilities: | | | | | | | | | | | | | | | | | | | | | |
| Accrued Liabilities - VAT - Long Term | | | | | | | | | | | | | | | | | | | | | |
| Deferred Tax Liability | | | | | | | | | | | | | | | | | | | | | |
| Long Term Debt | | | | | | | | | | | | | | | | | | | | | |
| Total Long Term Liabilities | | | | | | | | | | | | | | | | | | | | | |
| Total Liabilities | 2,055,956 | (17,711) | 9,146 | 107,699 | 160,248 | 1,823 | 23,976 | 2,061,028 | | | | | | | | 10,356 | | | | | |
| EQUITY | | | | | | | | | | | | | | | | | | | | | |
| Common Stock | | | | | | | | | | | | | | | | | | | | | |
| Capital in Excess of Par | | | | | | | | | | | | | | | | | | | | | |
| Income to Date | 472,592 | 12,518 | 17,329 | (1,011,996) | (476,741) | 6,478 | (12,095) | (1,679,203) | (4,527) | | 1,191,996 | | | | (1,593) | | | | | | |
| Retained Earnings | 28,859,520 | (4,722,107) | 1,529,799 | (4,095,422) | (3,937,365) | 116,096 | 464,686 | (26,934,665) | (2,633,286) | (3,376) | 11,319,175 | | (2,924) | | (441,552) | (153,063) | (1,852) | (3,006) | (127,047) | (2,596,799) | |
| Total Equity | 29,332,112 | (4,709,589) | 1,547,128 | (5,107,418) | (4,414,106) | 122,574 | 452,591 | (28,613,868) | (2,637,812) | (3,376) | 12,511,171 | | (2,924) | | (443,145) | (153,063) | (1,852) | (3,006) | (127,047) | (2,596,799) | |
| Total Liabilities and Equity | $31,388,069 | ($4,727,300) | $1,556,274 | ($4,999,718) | ($4,253,858) | $124,397 | $476,568 | ($26,552,841) | ($2,637,812) | ($3,376) | $12,511,171 | | ($2,924) | | ($443,145) | ($142,707) | ($1,852) | ($3,006) | ($127,047) | ($2,596,799) | |

**(1) Includes Inactive companies:**
13-12408-CS:Blue Hen Group
13-12414-CS:FriendFinder Ventures
13-12421-CS:GMI On-Line Ventures
13-12423-CS:Magnolia Blossom Inc.
13-12433-CS:Snapshot Productions LLC
13-12440-CS:Video Bliss Inc
13-12442-CS:XVHUB Group Inc